UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Heather Lyn Mitchell,<br>    *Plaintiff,*<br><br>v.<br><br>Commissioner of Social Security,<br>    *Defendant*. | §<br>§<br>§<br>§   Case No. 1:24-CV-01018-ADA<br>§<br>§ |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment. Dkt. 15. Judge Hightower issued her report and recommendation on April 11, 2025. *Id.* at 3. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because no party has filed timely objections, the Court has reviewed the report and recommendation for clear error. Having found no such error, the Court **ORDERS** that Judge Hightower's report and recommendation (Dkt. 15) is **ADOPTED**. Defendants' Unopposed Motion to Reverse with Remand and Enter Judgment (Dkt. 14) is **GRANTED**. This case is **REMANDED** to the Commissioner of Social Security

to conduct further administrative proceedings, pursuant to 42 U.S.C. § 405(g). The Court will enter final judgment by separate order.

    **SIGNED** on April 29, 2025.

_/s/ Alan D. Albright_
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE
